**Robert HOWARD, Plaintiff-Appellant,**

v.

**COLLEGE OF THE ALBEMARLE;
Kandi Deitmeyer, Defendants-
Appellees.**

**No. 17-1546**

United States Court of Appeals,
Fourth Circuit.

Submitted: September 26, 2017

Decided: September 28, 2017

Robert Howard, Appellant Pro Se. John D. Leidy, HORNTHAL, RILEY, ELLIS & MALAND, LLP, Elizabeth City, North Carolina, for Appellee.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Howard appeals the district court's order granting summary judgment to his former employer and denying several discovery motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Howard v. Coll. of the Albemarle*, No. 2:15-cv-00039-D, 2017 WL 1156015 (E.D.N.C Mar. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*